UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

In Re:                                                       Case No. 10-22211

Barbara Kay Harnish                          Chapter 13

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTIONS FOR REMITTANCE TO TRUSTEE in the above referenced case was served, by mail, or electronically to the persons indicated below.

Dated: 8/24/2010

/s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
P O BOX 2204
LEXINGTON, KY  40588-2204

cc:

Barbara Kay Harnish
1550 Trent Blvd
Apt 2102
Lexington, KY 40515


BAKER, DELORES WOODS
134 WEST 3RD STREET
MAYSVILLE, KY 41056-1036


MED TECH COLLEGE
ATTN:  PAYROLL
6602 E 75TH STREET
SUITE 200
INDIANAPOLIS, IN 46250